UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ANGEL BENITO-SANTOS,<br><br>   Defendant. | Case No.: 22CR01516-JLS<br><br>ORDER CONTINUING HEARING |

At the request of Defendant, and with the agreement of the Government, the motion hearing/trial setting currently scheduled for August 12, 2022, at 1:30 p.m., is continued to September 30, 2022 at 1:30 p.m.

Based on Defendant's Motion to Continue, the Court finds that the continuance is both necessary to serve the interests of justice and outweighs the

1 | Defendant's and the public's interest in a speedy trial, and thus excludes time
2 | under the Speedy Trial Act. 18 U.S.C. § 3161 (7)(A).
3 |     IT IS SO ORDERED.
4 |     Dated:  August 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge